AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| HELLADA, INC., a California corporation; K&H INTERNATIONAL, a California corporation<br><br>*Plaintiff(s)*<br>v.<br>CIRTRAN BEVERAGE CORP a Utah corporation; PLAY BEVERAGES, LLC, a Delaware Limited Liability Company; CIRTRAN CORPORATION, a Utah corporation; IEHAB HAWATMEH, an individual; FADI NORA, an individual, and DOES 1 to 100, inclusive<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:15-cv-06556-SJO-PJW<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CIRTRAN BEVERAGE CORP.: 4125 S. 6000 W, West Valley City, UT 84128
PLAY BEVERAGES, LLC: 4125 S. 6000 W, Salt Lake City, UT 84128
CIRTRAN CORPORATION: 4125 S. 6000 W, West Valley City, UT 84128
IEHAB HAWATMEH: 4125 S. 6000 W, West Valley City, UT 84128
FADI NORA: 20 Crest Terrace, Irvince, CA 92603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony H. Lupu, Esq.
PILLAR LAW GROUP, APLC
150 S. Rodeo Drive, Ste. 260
Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*