**PILLAR LAW GROUP, APLC**
Art Kalantar, Esq. (SBN 229626)
Anthony H. Lupu, Esq. (SBN 226168)
150 South Rodeo Drive, Suite 260
Beverly Hills, California 90212
Tel: (310) 773-0001
Fax: (888) 667-5482

Attorneys for Plaintiffs HELLADA, INC. and K&H INTERNATIONAL

FILED
CLERK, U.S. DISTRICT COURT

March 1, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA – CENTRAL DISTRICT

| | |
|---|---|
| HELLADA, INC., a California Corporation; K&H INTERNATIONAL, a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>CIRTRAN BEVERAGE CORP., A UTAH CORPORATION; PLAY BEVERAGES, LLC, A DELAWARE LIMITED LIABILTY COMPANY CIRTRAN CORPORATION, a Utah corporation; IEHAB HAWATMEH, an individual; FADI NORA, an individual, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. **2:15-cv-06556-SJO-PJW**<br><br>*[Assigned to the Honorable S. James Otero]*<br><br>**ORDER RE. ORDER TO SHOW CAUSE OF FEBRUARY 26, 2016**<br><br>**Date:** February 26, 2015<br>**Time:** No Appearance required, unless ordered by the Court<br>**Place:** No Appearance required, unless ordered by the Court |

////

////

////

////

1

[PROPOSED] ORDER RE. ORDER TO SHOW CAUSE OF FEBRUARY 26. 2016

1

2   The Court, having reviewed the Declaration of Anthony H. Lupu, submitted in response to

3   the court's order to show cause dated December 29, 2015, and held on February 26, 2016, orders

4   as follows:

5   The Order to Show Cause is hereby continued for 30 days to March 25, 2016.

6      3/1/16

7   Dated: _____            _____
                                          Hon. S. James Otero, U.S. District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28