**PILLAR LAW GROUP, APLC**
Art Kalantar, Esq. (SBN 229626)
Anthony H. Lupu, Esq. (SBN 226168)
150 South Rodeo Drive, Suite 260
Beverly Hills, California 90212
Tel:  (310) 773-0001
Fax:  (888) 667-5482

```
             FILED
    CLERK, U.S. DISTRICT COURT

       March 31, 2016

   CENTRAL DISTRICT OF CALIFORNIA
   BY:      VPC      DEPUTY
```

Attorneys for Plaintiffs HELLADA, INC. and K&H INTERNATIONAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA – CENTRAL DISTRICT

| | |
|---|---|
| HELLADA, INC., a California Corporation; K&H INTERNATIONAL, a California Corporation<br><br>              Plaintiffs,<br>v.<br><br>CIRTRAN BEVERAGE CORP., A UTAH CORPORATION; PLAY BEVERAGES, LLC, A DELAWARE LIMITED LIABILTY COMPANY CIRTRAN CORPORATION, a Utah corporation; IEHAB HAWATMEH, an individual; FADI NORA, an individual, and DOES 1 to 100, inclusive,<br><br>       Defendants. | **Case No. 2:15-cv-06556-SJO-PJW**<br><br>*[Assigned to the Honorable S. James Otero]*<br><br>**ORDER RE. ORDER TO SHOW CAUSE OF MARCH 25, 2016**<br><br>**Date:**  March 25, 2016<br>**Time:**  No Appearance required, unless ordered by the Court<br>**Place:**  No Appearance required, unless ordered by the Court |

////

////

////

////

1

[PROPOSED] ORDER RE. ORDER TO SHOW CAUSE OF March 25. 2016

1
2   The Court, having reviewed the Declaration of Anthony H. Lupu, submitted in response to
3   the court's order to show cause dated December 29, 2015, and held on March 25, 2016, orders as
4   follows:
5   The Order to Show Cause is hereby continued for 30 days to April 25, 2016.
6
7   Dated: March 31, 2016                           _____
8                                                   Hon. S. James Otero, U.S. District Judge

[PROPOSED] ORDER RE. ORDER TO SHOW CAUSE OF March 25. 2016