RICHARDS BRANDT MILLER NELSON
STEVEN H. BERGMAN (S.B. #180542)
    steven-bergman@rbmn.com
299 So. Main Street, 15th Floor
Salt Lake City, Utah  84111
Telephone:  (801) 531-2000
Facsimile:  (801) 532-5506

Attorneys for Defendants
CIRTRAN BEVERAGE CORP.;
PLAYSAFE, LLC; IEHAB HAWATMEH;
PLAY BEVERAGES, LLC; and
CIRTRAN CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLADA, INC., a California corporation & K&H INTERNATIONAL, INC., a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>CIRTRAN BEVERAGE CORP., a Utah corporation, PLAYSAFE, LLC, a Utah limited liability company, IEHAB HAWATMEH, an individual, PLAY BEVERAGES, LLC, a Delaware limited liability company, and CIRTRAN CORPORATION, a Utah corporation,<br><br>Defendants. | Case No.:  2:15-cv-06556-SJO-PJW<br><br>**DEFENDANTS' L.R. 7.1-1 DISCLOSURE STATEMENT** |

## <u>DEFENDANTS' L.R. 7.1-1 DISCLOSURE STATEMENT</u>

TO THE HONORABLE S. JAMES OTERO, United States District Judge for the United States District Court for the Central District of California:

COME NOW CirTran Beverage Corp., PlaySafe, LLC, Iehab Hawatmeh, Play Beverages, LLC, and CirTran Corporation, Defendants in the above-referenced cause, and as required by L.R. 7.1-1 provide the following information:

1.      CirTran Beverage Corp. ("CBC") is a Utah corporation with its principal place of business in the State of Utah.  CBC is a wholly-owned subsidiary of CirTran Corporation, a Nevada corporation ("CirTran Nevada").  CirTran Nevada is a publicly owned company whose shares are sold over-the-counter.  No one shareholder holds more than 10% of the outstanding shares of CirTran Nevada.

2.      PlaySafe, LLC is a Utah limited liability company with its principal place of business in the State of Utah.  The members of PlaySafe are residents of and citizens of the State of Utah, the State of California, and Lebanon.

3.      Iehab Hawatmeh is a resident and citizen of the State of Utah. He is also a managing member of PlaySafe and a managing member of Play Beverages.

4.      Play Beverages, LLC is a Delaware limited liability company with a principal place of business in the State of Utah.  The members of Play Beverages, LLC are residents and citizens of numerous states, including the States of Utah and California.

5.      CirTran Corporation ("CirTran Utah") is a Utah corporation with a principal place of business in the State of Utah.  CirTran Utah is a wholly-owned subsidiary of CirTran Nevada.

1

2          Dated: April 8, 2016.          RICHARDS BRANDT MILLER NELSON
                                           Steven H. Bergman
3
                                           By:        *s/ Steven H. Bergman*
4                                                       Steven H. Bergman
5                                          Attorneys for Defendants
                                           CIRTRAN BEVERAGE CORP.;
6                                          PLAYSAFE, LLC;
                                           IEHAB HAWATMEH;
7                                          PLAY BEVERAGES, LLC; and
                                           CIRTRAN CORPORATION
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2016, I electronically filed the foregoing **DEFENDANTS' L.R. 7.1-1 DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

> PILLAR LAW GROUP, APLC
> Art Kalantar
> Anthony H. Lupu
> 150 South Rodeo Drive, Suite 260
> Beverly Hills, California 90212
> *Attorneys for Plaintiffs*

> _____s/ Steven H. Bergman_____
> Steven H. Bergman
>
> RICHARDS BRANDT MILLER NELSON
> 299 So. Main Street, 15th Floor
> Salt Lake City, UT 84111
> Telephone: 801-531-2000
> Facsimile: 801-532-5506
> E-mail: steven-bergman@rbmn.com

G:\EDSI\DOCS\18941\0033\13W9194.DOC

i