1  STEVEN H. BERGMAN (S.B. #180542)
   RICHARDS BRANDT MILLER NELSON
2  299 So. Main Street, 15th Floor
   Salt Lake City, Utah 84111
3  Telephone:  (801) 531-2000
   Facsimile:   (801) 532-5506
4  steven-bergman@rbmn.com

5  *Attorneys for Defendants*
   CIRTRAN BEVERAGE CORP.,
6  PLAYSAFE, LLC, IEHAB
   HAWATMEH, PLAY BEVERAGES,
7  LLC, and CIRTRAN CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLADA, INC., a California corporation; K&H INTERNATIONAL, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CIRTRAN BEVERAGE CORP., a Utah corporation; PLAYSAFE, LLC, a Utah limited liability company; IEHAB HAWATMEH, an individual; PLAY BEVERAGES, LLC, a Delaware limited liability company; and CIRTRAN CORPORATION, a Utah corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-06556-SJO-PJW<br><br>Assigned to Hon. S. James Otero<br><br>**DECLARATION OF FADI NORA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:  June 20, 2016<br>Time:  10:00 a.m.<br>Courtroom 1 – 2d Floor<br><br>Date Action Filed: August 27, 2015<br><br>Trial Date: TBD |

**Declaration of Fadi Nora**

I, Fadi Nora, declare as follows:

1. I am a member of defendants PlaySafe, LLC and Play Beverages, LLC.

2. I make this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint. The facts contained herein are of my own personal knowledge or are maintained in the files of defendants.

3. If called as a witness, I could and would testify competently to the facts stated herein.

4. I currently reside in Irvine, California and am a citizen of the State of California.

5. I have lived in California continuously since 1982.

6. I became a member of defendant Play Beverages, LLC in 2007. I have been a member of Play Beverages since that time.

7. I became a member of defendant PlaySafe, LLC in 2010. I have been a member of PlaySafe since that time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is correct.

Executed this 9th day of May, 2016 in Beirut, Lebanon.

_____
Fadi Nora

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3.

_____
LaDonna A. Whelchel

G:\EDSI\DOCS\18941\0033\1435527.DOC