1  STEVEN H. BERGMAN  (S.B. #180542)
   RICHARDS BRANDT MILLER NELSON
2  299 So. Main Street, 15th Floor
   Salt Lake City, Utah 84111
3  Telephone:   (801) 531-2000
   Facsimile:    (801) 532-5506
4  steven-bergman@rbmn.com

5  *Attorneys for Defendants*
   CIRTRAN BEVERAGE CORP.,
6  PLAYSAFE, LLC, IEHAB
   HAWATMEH, PLAY BEVERAGES,
7  LLC, and CIRTRAN CORPORATION

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELLADA, INC., a California corporation; K&H INTERNATIONAL, INC., a California corporation, | Case No. 2:15-cv-06556-SJO-PJW |
| | Assigned to Hon. S. James Otero |
| Plaintiffs, | **DECLARATION OF IEHAB J. HAWATMEH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | |
| CIRTRAN BEVERAGE CORP., a Utah corporation; PLAYSAFE, LLC, a Utah limited liability company; IEHAB HAWATMEH, an individual; PLAY BEVERAGES, LLC, a Delaware limited liability company; and CIRTRAN CORPORATION, a Utah corporation; and DOES 1 to 100, inclusive, | Date:   June 20, 2016<br>Time:   10:00 a.m.<br>Courtroom 1 – 2d Floor |
| | Date Action Filed:  August 27, 2015 |
| | Trial Date:  TBD |
| Defendants. | |

## Declaration of Iehab J. Hawatmeh

I, Iehab J. Hawatmeh, declare as follows:

1. I am a defendant in this action, an officer of defendants CirTran Beverage Corp. and CirTran Corporation, and a managing member of defendants PlaySafe, LLC and Play Beverages, LLC.

2. I make this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint. The facts contained herein are of my own personal knowledge or are maintained in the files of defendants.

3. If called as a witness, I could and would testify competently to the facts stated herein.

4. Attached hereto as Exhibit 1 is a true and correct copy of the executed May 17, 2010 Agreement between Plaintiff K&H International, Inc. and PlaySafe, LLC. The copy attached to Plaintiff's First Amended Complaint as Exhibit 4 was an unsigned copy.

5. Defendant PlaySafe, LLC is a Utah limited liability company. Attached hereto as Exhibit 2 is a true and correct printout from the Utah Division of Corporations regarding PlaySafe, LLC's good standing.

6. In addition to being a manager of PlaySafe, LLC, I am one of the members of PlaySafe, LLC. Another member of PlaySafe, LLC is Mr. Fadi Nora.

7. I have known Mr. Nora for 17 years. Throughout that time, Mr. Nora has always resided in the State of California. Mr. Nora currently lives in Irvine, California.

8. Defendant Play Beverages, LLC is a Delaware limited liability company with a principal place of business in the State of Utah. Attached hereto as Exhibit 3 are true and correct printouts from the Utah Division of Corporations and the Delaware Secretary of State regarding Play Beverages' good standing.

1

9. In addition to being one of the managers of Play Beverages, I am one of the members of Play Beverages. Mr. Nora is also a member of Play Beverages.

I declare under penalty of perjury that the foregoing is correct.

Executed this 9th day of May, 2016 in West Valley City, Utah.

_____
Iehab J. Hawatmeh

2

HAWATMEH DECLARATION ISO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3.

*LaDonna A. Whelchel*

G:\EDSI\DOCS\18941\0033\1435527.DOC