STEVEN H. BERGMAN (S.B. #180542)
RICHARDS BRANDT MILLER NELSON
299 So. Main Street, 15th Floor
Salt Lake City, Utah 84111
Telephone: (801) 531-2000
Facsimile: (801) 532-5506
steven-bergman@rbmn.com

*Attorneys for Defendants*
CIRTRAN BEVERAGE CORP., PLAYSAFE, LLC, IEHAB HAWATMEH, PLAY BEVERAGES, LLC, and CIRTRAN CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLADA, INC., a California corporation; K&H INTERNATIONAL, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CIRTRAN BEVERAGE CORP., a Utah corporation; PLAYSAFE, LLC, a Utah limited liability company; IEHAB HAWATMEH, an individual; PLAY BEVERAGES, LLC, a Delaware limited liability company; and CIRTRAN CORPORATION, a Utah corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-06556-SJO-PJW<br><br>Assigned to Hon. S. James Otero<br><br>**DECLARATION OF STEVEN H. BERGMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date: June 20, 2016<br>Time: 10:00 a.m.<br>Courtroom 1 – 2d Floor<br><br>Date Action Filed: August 27, 2015<br><br>Trial Date: TBD |

**Declaration of Steven H. Bergman**

I, Steven H. Bergman, declare as follows:

1. I am a member of the bar of this Court and a shareholder with RICHARDS BRANDT MILLER NELSON, counsel of record for Defendants CirTran Beverage Corp. ("CBC"), PlaySafe, LLC ("PlaySafe"), Iehab Hawatmeh, Play Beverages, LLC ("Play Beverages"), and CirTran Corporation, a Utah corporation ("CirTran") (collectively referred to as "Defendants") in this action.

2. I make this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint. The facts contained herein are of my own personal knowledge or are maintained in the files of RICHARDS BRANDT MILLER NELSON for this action.

3. If called as a witness, I could and would testify competently to the facts stated herein.

4. On April 5, 2016, Kristina H. Ruedas, an associate at RICHARDS BRANDT MILLER NELSON, sent an email to Plaintiffs' counsel requesting a meet-and-confer with Plaintiffs' counsel to discuss Defendants' position that Plaintiffs had filed the action in an improper forum. A true and correct copy of that email, along with the responses that followed, is attached hereto as Exhibit 1.

5. On April 7, 2016, I spoke with Anthony Lupu, one of the attorneys representing Plaintiffs in this action, to discuss the forum selection clauses in each of the agreements attached to the First Amended Complaint and the fact that there was not complete diversity of citizenship.

6. During the call, Mr. Lupu said he wanted to discuss the issue with his colleague, Mr. Kalantar, and that they would get back to me.

7. On April 22, 2016, Ms. Ruedas sent an email to Mr. Lupu to follow-up on my meet-and-confer with Mr. Lupu on April 7, 2016. A true and correct copy of that email is attached hereto as Exhibit 2.

1

8. As of the date of this Declaration, I have not heard back from Plaintiffs' counsel, and Plaintiffs' counsel have not dismissed this action.

I declare under penalty of perjury that the foregoing is correct.

Executed this 9th day of May, 2016 in Salt Lake City, Utah.

_____
Steven H. Bergman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3.

_____
LaDonna A. Whelchel

G:\EDSI\DOCS\18941\0033\1432491.DOC